| | | | |
|---|---|---|---|
| Com. v. Walters | 1470 MDA 2015<br>Affirmed | 06/16/2016 | CP–31–CR–0000625–2014<br>(Huntingdon) |
| Com. v. Walters | 1471 MDA 2015<br>Affirmed | 06/16/2016 | CP–31–CR–0000656–2014<br>(Huntingdon) |
| Com. v. Walters | 1472 MDA 2015<br>Affirmed | 06/16/2016 | CP–31–CR–0000626–2014<br>(Huntingdon) |
| Wisniewski v. Frommer | 1495 MDA 2015<br>Vacated and<br>Remanded | 06/16/2016 | CP–31–CV–1143–2015<br>(Huntingdon) |
| Swinn v. Swinn | 1500 MDA 2015<br>Affirmed | 06/16/2016 | 2010–03617<br>(Cumberland) |
| Com. v. Dutrow | 1616 MDA 2015<br>Affirmed | 06/16/2016 | CP–01–CR–0000074–2015<br>(Adams) |
| Com. v. Midder | 743 WDA 2015<br>Affirmed | 06/16/2016 | CP–07–CR–0000003–2014<br>(Blair) |
| Com. v. Wright | 792 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/17/2016 | CP–51–CR–0000340–2011<br>(Philadelphia) |
| Com. v. Wall | 1789 EDA 2015<br>Affirmed | 06/17/2016 | CP–51–CR–0005311–2013<br>(Philadelphia) |
| Haas v. Reinert | 1424 MDA 2014<br>Remanded | 06/17/2016 | 09–13193<br>(Berks) |
| Com. v. Shrubb | 637 WDA 2015<br>Affirmed | 06/17/2016 | CP–24–CR–0000330–2005<br>(Elk) |
| Com. v. Miles | 843 WDA 2015<br>Affirmed | 06/17/2016 | CP–02–CR–0003921–2011<br>(Allegheny) |
| Com. v. Thompson | 1000 WDA 2015<br>Vacated and<br>Remanded | 06/17/2016 | CP–26–CR–0001761–2009<br>(Fayette) |
| Com. v. Engelbert | 1248 WDA 2015<br>Affirmed | 06/17/2016 | CP–25–CR–0001764–2014<br>(Erie) |
| Com. v. Foster | 1573 WDA 2015<br>Affirmed | 06/17/2016 | CP–43–CR–0001427–2011<br>(Mercer) |
| Com. v. Caleb | 1883 EDA 2014<br>Vacated and<br>Remanded | 06/20/2016 | CP–51–CR–0006440–2012<br>CP–51–CR–0006441–2012<br>(Philadelphia) |